UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JACK A. SHULMAN,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD A. ZACH, *et al.*,<br><br>    Defendants. | Civil Action No. 2:09-02494<br><br>ORDER<br><br>HON. WILLIAM J. MARTINI<br><br>(UNDER SEAL) |

ORDER

In light of Plaintiff's unopposed letter application for an extension of time to file his opposition to Defendants' Summary Judgment motion, and for good cause shown;

**IT IS** on this 3ᵖᵈ day of ~~April~~ May, 2010, hereby,

**ORDERED** that Plaintiff's opposition brief is due May 31, 2010. If Plaintiff makes a renewed application for a further extension prior to that date, it will be freely granted for good cause. Should Plaintiff file his opposition brief on or prior to May 31, 2010, Defendants' reply brief is due June 7, 2010.

William J. Martini, U.S.D.J.